# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JOHN DEMARI, § | |
|     *Plaintiff* § | |
| § | |
| v. § | Case No. 1:23-CV-01226-RP |
| § | |
| LONE STAR LAND PARTNERS, LLC, § | |
| and INLAND MANAGEMENT § | |
| CORPORATION, § | |
|     *Defendants* § | |

## ORDER

This case was removed on October 10, 2023. (Dkt. 1). Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order utilizing District Judge Robert Pitman's form on or before **January 9, 2024**.

**SIGNED** on December 15, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1